UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-60950

HILDRED BUTLER,

    Plaintiff,

vs.

SPIRIT AIRLINES, INC.,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

    Defendant, SPIRIT AIRLINES, INC., gives notice of appearance of the undersigned as counsel, and requests that all documents and communications be served on them, as follows:

    Steven W. Marcus, Esq., of Frank, Weinberg & Black, P.L., smarcus@fwblaw.net and lclaus@fwblaw.net, 7805 SW 6th Court, Plantation, Florida 33324; Phone (954) 474-8000; Facsimile (954) 474-9850.

    Date:   May 13, 2020.

    Respectfully submitted,

**FRANK, WEINBERG & BLACK, P.L.**

*/s/Steven W. Marcus*
Steven W. Marcus, Esq.
Florida Bar No. 194980
Email:  smarcus@fwblaw.net
Marc A. Silverman, Esq.
Florida Bar No. 144444
Email:  msilverman@fwblaw.net
Stephanie Deutsch, Esq.
Florida Bar No. 503584
Email:  scd@fwblaw.net
FRANK, WEINBERG & BLACK, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Telephone:   (954) 474-8000
***Counsel for Defendant, Spirit Airlines, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed with the Clerk of Court by using CM/ECF and served on all those on the attached Service List on this 13th day of May 2020.

/s/Steven W. Marcus
Steven W. Marcus, Esq.
Florida Bar No. 194980
Marc A. Silverman, Esq.
Florida Bar No. 144444
Stephanie Deutsch, Esq.
Florida Bar No. 503584

## SERVICE LIST

Glenn J. Holzberg, Esq.
Louis M. Holzberg, Esq.
*Holzberg Legal*
7685 SW 104 St., Suite 220
Miami, Florida 33156
Phone: 305-668-6410
Facsimile: 305-667-6161
Email: glenn@holzberglegal.com
louis@holdberglegal.com

Carson R. Runge, Esq.
Brandon L. Beagley, Esq.
*Sloan Hatcher Perry Runge Robertson Smith & Jones Law Firm*
P.O. Drawer 2909
101 East Whaley Street
Longview, Texas 75601
Telephone: (903) 757-7000
Facsimile: (903) 757-7574
Email: crunge@sloanfirm.com
bbeagley@sloanfirm.com

Ron C. McCallum, Esq.
*Ron C. McCallum and Associates, PLLC*
110 Webb Ave. Ste. 150
Dallas, TX 75205
Telephone: (214) 702-0555
Facsimile: (214) 594-9618